UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Stanley R. Chesler |
| v. | : | Criminal No. 10-486 |
| FUAD ADENUGA | : | <u>RESTITUTION ORDER</u> |

The Court finds that Count One of the Indictment, the offense of conviction, is an offense committed by fraud or deceit within the meaning of 18 U.S.C. § 3663A(c)(1)(ii). The Court therefore must order, in accordance with 18 U.S.C. § 3663A(a)(1), that the defendant make restitution. The Court finds, and the parties have agreed pursuant to 18 U.S.C. § 3663A(a)(3), that restitution in the amount of $177,217.72 to the entities listed on Attachment A is appropriate.

The Court further finds from the statement of financial condition in the PSR and in accordance with 18 U.S.C. § 3664(f)(3)(B), that the economic circumstances of the defendant to not allow for the payment of the full amount of a restitution order in the foreseeable future while the defendant is incarcerated under any reasonable schedule of payments.

Therefore, it is Ordered that:

The defendant shall make restitution totaling $177,217.72 to the entities on the attached Schedule A.

Payments of restitution are to be made payable to the U.S. Treasury and mailed to Clerk, U.S. District Court, District of New Jersey, 402 East State Street, Room 2020, Trenton, New Jersey 08608, for distribution to the victims. Any payment shall be divided proportionately among the payees named until the debt to the first payee is satisfied.

The Restitution is due immediately. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If the defendant participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $25.00 every 3 months. In the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $300.00, to commence 30 days after release from confinement.

The defendant's restitution obligations shall not be affected by any restitution payments made by other defendants in this case, except that no further payments shall be required after the sums of the amounts actually paid by all defendants has fully satisfied these losses. The following defendants in the following cases may be subject to restitution orders in the same victims for these same losses: Adewale Adenuga, Crim. No. 10-486-1, Hakeem Lamidi, Crim. No. 10-507, and Ibrahim Yusuff, Crim. No. 10-486-3.

Pursuant to 18 U.S.C. § 3664(k), at the conclusion of defendant's incarceration, the Court may reevaluate the defendant's economic circumstances that might affect his ability to pay restitution and increase or decrease the restitution amount.

The defendant shall otherwise notify the Court and the Attorney General of any material change in the defendant's economic circumstances that might affect his ability to pay restitution.

SO ORDERED.

7/26/2011

_____
HONORABLE STANLEY R. CHESLER
United States District Judge

## Attachment A

| Victim | Restitution Owed |
|---|---|
| JP Morgan Chase<br>Fraud Recovery OH1-0612<br>1111 Polaris Parkway, Fl 3M<br>Columbus, Ohio 43240-2050<br>Case: 195648 | $25,281.29 |
| E-Trade Securities, LLC<br>Harborside Financial Center<br>501 Plaza II<br>Jersey City, NJ 07311 | $10,180.00 |
| Philadelphia Credit Union<br>12800 Townsend Road<br>Philadelphia, PA 19154<br>Reference: 742814 | $26,846.00 |
| TD Bank<br>Attention: Corporate Security Administration<br>9000 Atrium Way Building 1<br>Mt. Laurel, NJ 08054<br>Case 2008016314 | $61,665.95 |
| Wells Fargo<br>Wells Fargo Investigations<br>Department 2038<br>Denver, CO 80291-2018 | $16,596.45 |
| Citibank<br>Citigroup Investigative Services<br>3432 Quaker Street<br>Wall Township, NJ 07719 | $26,184.24 |
| Apple, Inc.<br>Steve Perry Retail Loss Prevention<br>10351 Bubb Road<br>Cupertino, CA 95014 | $3,194.90 |

| | |
|---|---:|
| Columbus Bank & Trust<br>CB&T/Synovus<br>Attn: Investigation Department<br>Rothschild Building, 2nd Floor<br>P.O. Box 120<br>Columbus, GA  31902 | $432.42 |
| Discover<br>3727 West Magnolia Blvd.<br>Suite 214<br>Burbank, CA 91505 | $2,738.53 |
| American Heritage Federal Credit Union<br>Internal Audit - Mr. Debolt<br>2060 Red Lion Road<br>Philadelphia, PA 19115 | $4,097.94 |